IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NAHU RODRIGUEZ,

    Petitioner,                   No. CIV S-07-2136 LEW GGH P

   vs.

D. K. SISTO, et al.,

    Respondents.              <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has requested that this action be dismissed.  Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.  Fed. R. Civ. P. 41(a); <u>see also</u> Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254.

DATED: 11/20/07                             /s/ Gregory G. Hollows

                                            UNITED STATES MAGISTRATE JUDGE

rod2136.dis

1